# Prospective Petition
## Recall

SEL 350
rev 04/19
ORS 249.865

**⚠ Warning** Supplying false information on this form may result in conviction of a felony with a fine of up to $125,000 and/or prison for up to 5 years.

Changes to the information provided for the chief petitioner or to the circulator pay status below must be reported to the elections official no later than the 10th day after you first have knowledge or should have had knowledge of the change.

**This filing is an:** ☑ Original    ☐ Amendment

| Filing Officer | Some Circulators may be Paid |
|---|---|
| ☐ State  ☐ County for both county and district offices  ☑ City | ☐ Yes   ☑ No |

**Petition for Recall of** Provide the name of the public officer and the position that they currently hold.

| Name of Public Officer | Title of Public Officer |
|---|---|
| Dan Holladay | Mayor - City of Oregon City |

**Statement** Provide the reasons for demanding recall in 200 words or less. Any factual information provided must be true.

Citizens of Oregon City are uniting to demand ethical and accountable leadership from the mayor's office.

All four Oregon City Commissioners want to see Dan Holladay resign, but they do not have the power to remove him--only we, the people, do.

- Holladay is the subject of a misconduct investigation ordered by the four Oregon City Commissioners.
- Taxpayers are footing the bill for multiple lawsuits related to Holladay's corrupt business deals and behavior.
- Holladay was officially censured on June 17, 2020 for "injuring the good name of Oregon City, disturbing its well-being, and hampering its worth."
- Holladay exhibits dishonest and irresponsible behavior, abusing the power of his office.
- Holladay uses his office to silence and denigrate the voices of elected colleagues and constituents who disagree with him.
- Holladay was the only mayor out of all 26 in the metro area to refuse to sign a statement condemning systemic racism and committing to address it at the local level.
- Holladay's actions damage our city's reputation, hindering local economic development.
- Our Commissioners agree: Holladay is impeding the work of the city.
- "Please resign." - Commissioner Rocky Smith

www.RecallDanHolladay.com

**Chief Petitioner Information** The chief petitioner must remain throughout the petition process or the petition is void.

→ By signing this document, I hereby state that any factual information (not a matter of opinion) in the above statement is true.

| Name | Contact Phone | Email Address |
|---|---|---|
| Jeana Gonzales | 503-836-7184 | 4jeanagannongonzales@gmail.com |

| Residence Address street, city, state, zip | Mailing Address if different |
|---|---|
| 19457 Prospector Terrace, Oregon City OR 97045 | N/A |

| Signature | Date Signed |
|---|---|
| *Jeana Gonzales* | June 22, 2020 |

### Instructions for Circulators

1. Only active registered voters of the public official's electoral district may sign a petition. Ask each signer if they are an active registered voter in Oregon.
2. A single circulator must personally witness all signatures collected on any one signature sheet. After witnessing each signature on a sheet, use a pen to sign and date the circulator certification.
3. Initial any changes you make to the date you signed the certification. A complete list of allowable circulator certification corrections is provided in the Circulator Training Manual available at www.oregonvotes.gov.
4. It is against the law for circulators to:
   → Circulate a petition containing a false signature.
   → Make false statements to any person who signs the petition or requests information about it.
   → Attempt to obtain the signature of a person who is not qualified to sign the petition.
   → Offer money or anything of value to another person to sign or not sign the petition.
   → Sell or offer to sell signature sheets.
   → Write, alter, correct, clarify or obscure any information about the signers unless the signer is disabled and requests assistance or the signer initials after the changes are made.

**⚠ Warning** Violations of the circulator requirements may result in conviction of a felony with a fine of up to $125,000 and/or prison for up to 5 years.

### Instructions for Signers

1. Only active registered voters of the public official's electoral district may sign a petition. Use a pen to sign your name, as you did when you registered to vote.
2. Provide the date you signed the petition, your printed name and residence address. Only you may complete this optional information.
3. Initial any changes the circulator makes to your printed name, residence address or date you signed the petition.
4. It is against the law for signers to:
   → Sign another person's name under any circumstances.
   → Sign a petition more than one time.
   → Sign a petition when you are not qualified to sign it.



RECEIVED JUN 2 2 2020 3:30 KR
CITY RECORDER
CITY OF OREGON CITY, OR

approved 6/23/2020 KR

Exhibit 1