# Cover Sheet
## Local Recall Petition

**SEL 353**

rev 01/20
OAR 165-014-0005

| **Name of Public Officer to be Recalled** | **Title of Public Officer** Include office and district. |
|---|---|
| Dan Holladay | Mayor - City of Oregon City |

**Statement** Reasons for demanding recall in 200 words or less. Any factual information provided must be true.

Citizens of Oregon City are uniting to demand ethical and accountable leadership from the mayor's office.

All four Oregon City Commissioners want to see Dan Holladay resign, but they do not have the power to remove him--only we, the people, do.

- Holladay is the subject of a misconduct investigation ordered by the four Oregon City Commissioners.
- Taxpayers are footing the bill for multiple lawsuits related to Holladay's corrupt business deals and behavior.
- Holladay was officially censured on June 17, 2020 for "injuring the good name of Oregon City, disturbing its well-being, and hampering its worth."
- Holladay exhibits dishonest and irresponsible behavior, abusing the power of his office.
- Holladay uses his office to silence and denigrate the voices of elected colleagues and constituents who disagree with him.
- Holladay was the only mayor out of all 26 in the metro area to refuse to sign a statement condemning systemic racism and committing to address it at the local level.
- Holladay's actions damage our city's reputation, hindering local economic development.
- Our Commissioners agree: Holladay is impeding the work of the city.
- "Please resign." - Commissioner Rocky Smith

www.RecallDanHolladay.com

**Chief Petitioner** Name and address.

Jeana Gonzales, 19457 Prospector Terrace, Oregon City OR 97045

## Instructions for Circulators

1 Only active Oregon voters registered to vote in the electoral district where the petition is being circulated may sign this petition. Ask each signer if they are an active registered voter in Oregon and if they live in the district.

2 A single circulator must personally witness all signatures collected on any one signature sheet. After witnessing each signature on a sheet, use a pen to sign and date the circulator certification.

3 Initial any changes you make to the date you signed the certification. A complete list of allowable circulator certification corrections is provided in the Circulator Training Manual available at www.oregonvotes.gov.

4 **It is against the law for circulators to:**
  → Circulate a petition containing a false signature.
  → Make false statements to any person who signs the petition or requests information about it.
  → Attempt to obtain the signature of a person who is not qualified to sign the petition.
  → Offer money or anything of value to another person to sign or not sign the petition.
  → Sell or offer to sell signature sheets.
  → Write, alter, correct, clarify or obscure any information about the signers unless the signer is disabled and requests assistance or the signer initials after the changes are made.
  → Accept compensation to circulate a petition that is based on the number of signatures obtained.

⚠ **Warning** Violations of the circulator requirements may result in conviction of a felony with a fine of up to $125,000 and/or prison for up to 5 years.

## Instructions for Signers

1 Only active Oregon voters registered to vote in the electoral district where the petition is being circulated may sign this petition. Use a pen to sign your name, as you did when you registered to vote.

2 Provide the date you signed the petition, your printed name and residence address. Only you may complete this optional information.

3 Initial any changes the circulator makes to your printed name, residence address or date you signed the petition.

4 **It is against the law for signers to:**
  → Sign another person's name under any circumstances.
  → Sign a petition more than one time.
  → Sign a petition when you are not qualified to sign it.



RECEIVED
JUN 2 2 2020
@3:30pm (KP)
CITY RECORDER
CITY OF OREGON CITY, OR

approved 6/23/2020 (KP)

Exhibit 2 - Page 1 of 2

Approval 6/25/2020 to
Collect Sig.

# Signature Sheet | Local Recall

Signatures for this petition are being gathered by ☐ **PAID** Circulators    ☑ **VOLUNTEER** Circulators

❗ **It is against the law to sign a petition more than one time.**

Petition ID  2020-01

County  **Clackamas**

| Chief Petitioner Information | The chief petitioner's reasons for demanding the recall are available for review on the reverse side of this sheet. |
|---|---|
| **Name** Jeana Gonzales | **Address** 19457 Prospector Terrace, Oregon City OR 97045 |

| Petition for Recall of: | | |
|---|---|---|
| **Public Officer Name** Dan Holladay | **Title** office and district Mayor - City of Oregon City | **Date Prospective Petition Filed** mm/dd/yy 06/22/2020 |

ⓘ This is a recall petition. Signers of this page must be active registered voters in the district listed above. Initial any changes the circulator makes to your printed name, residence address or date you signed the petition.

| | Signature | Date Signed mm/dd/yy | Print Name | Residence or Mailing Address street, city, zip code |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## Circulator Certification

This certification **must** be completed by the circulator and additional signatures **should not** be collected on this sheet once the certification has been signed and dated!

I hereby certify that I witnessed the signing of the signature sheet by each individual whose signature appears on the signature sheet, and I believe each person is a voter qualified to sign the petition (ORS 249.061).

Circulator Signature _____

Date Signed mm/dd/yy _____

**Sheet Number**
Completed by
chief petitioner

Printed Name of Circulator _____

Circulator's Address street, city, zip code _____

SEL 351 rev 07/14 ORS 249.869    County Elections Officials provide a separate certification to attach to the petition.

Exhibit 2 - Page 2 of 2