JESSE A. BUSS, OSB # 122919
WILLAMETTE LAW GROUP
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Attorney for Plaintiffs
COMMITTEE TO RECALL DAN HOLLADAY,
JEANA GONZALES, and ADAM MARL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES,** and **ADAM MARL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**KATTIE RIGGS**, City Recorder for Oregon City, in her official capacity,<br><br>Defendant. | Case No. 3:20-cv-01631<br><br>**CORPORATE DISCLOSURE STATEMENT FOR COMMITTEE TO RECALL DAN HOLLADAY** |

    This Corporate Disclosure Statement is filed on behalf of the Committee to Recall Dan Holladay in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure. Rule 7.1 provides that a nongovernmental corporate party must identify any parent corporation and any publicly held corporation that owns 10% or more of its stock, or state that there is no such corporation.

Page 1 of 2 - CORPORATE DISCLOSURE STATEMENT

The Committee to Recall Dan Holladay hereby declares that there is no such parent corporation or any publicly traded corporation that owns 10% or more of its stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this 18th day of September 2020.

                                                *s/ Jesse A. Buss*
                                                Jesse A. Buss, OSB # 122919
                                                WILLAMETTE LAW GROUP
                                                411 Fifth Street
                                                Oregon City OR 97045-2224
                                                Tel: 503-656-4884
                                                Fax: 503-608-4100
                                                jesse@WLGpnw.com

                                                Attorney for Plaintiffs