AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARL,<br><br>*Plaintiff(s)*<br><br>v.<br><br>KATTIE RIGGS, City Recorder for Oregon City, in her official capacity,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:20-cv-01631 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  City of Oregon City
Kattie Riggs, City Recorder
625 Center St.
Oregon City OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse A. Buss, OSB #122919
WILLAMETTE LAW GROUP
411 Fifth St.
Oregon City OR 97045-2224
503-656-4884
jesse@WLGpnw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*