JESSE A. BUSS, OSB No. 122919
WILLAMETTE LAW GROUP
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Attorney for Plaintiffs
COMMITTEE TO RECALL DAN HOLLADAY,
JEANA GONZALES, and ADAM MARL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES,** and **ADAM MARL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**KATTIE RIGGS**, City Recorder for Oregon City, in her official capacity,<br><br>Defendant. | Case No.  3:20-cv-01631-YY<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY INITIAL CASE MANAGEMENT SCHEDULE** |

On February 24, 2021, the parties jointly filed a proposed initial case management schedule, ECF No. 16, which was adopted by the court on February 26, 2021. ECF No. 17. Under the current schedule, Plaintiffs' response to Defendant's and the State's motions to dismiss is due on April 22, 2021, and the reply is due on May 6, 2021. *Id.* Plaintiffs now move, unopposed, to modify the case management schedule to extend those deadlines to May 20th and

Page 1:        UNOPPOSED MOTION TO MODIFY INITIAL CASE MANAGEMENT SCHEDULE

June 25th, respectively.

This motion is necessitated by the undersigned's competing professional obligations.

Respectfully submitted this 20th day of April 2021.

*s/ Jesse A. Buss*
Jesse A. Buss, OSB # 122919
Willamette Law Group
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

*Attorney for Plaintiffs Committee to Recall Dan Holladay, Jeana Gonzales, and Adam Marl*

Page 2:    UNOPPOSED MOTION TO MODIFY INITIAL CASE MANAGEMENT SCHEDULE

## CERTIFICATE OF SERVICE

I certify that on April 20, 2021 I served the foregoing document upon the parties hereto by the method indicated below, and addressed to the following:

Kevin S. Mapes, OSB # 020079
Bateman Seidel Miner Blomgren Chellis & Gram, PC
1000 SW Broadway, Ste. 1910
Portland OR 97205
kmapes@batemanseidel.com

*Of Attorneys for Defendant Kattie Riggs*

Brian Simmonds Marshall, OSB # 196129
Shaunee Morgan, OSB # 194256
Oregon Department of Justice
Trial Division, Special Litigation Unit
100 SW Market Street
Portland OR 97201
Brian.S.Marshall@doj.state.or.us
Shaunee.Morgan@doj.state.or.us

*Of Attorneys for Proposed-Intervenor State of Oregon*

by electronically transmitting the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

           *s/ Jesse A. Buss*
           Jesse A. Buss, OSB No. 122919
           Attorney for Plaintiffs