ELLEN F. ROSENBLUM
Attorney General
BRIAN S. MARSHALL  #196129
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us
             Shaunee.Morgan@doj.state.or.us

Attorneys for Intervenor State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KATTIE RIGGS, City Recorder for Oregon City, in her official capacity,<br><br>　　　　Defendant. | Case No.  3:20-CV-01631-YY<br><br>NOTICE OF RELATED CASE |

　　　　Pursuant to Local Rule 42-2, Intervenor State of Oregon gives notice that this case shares common questions of law and fact with *Recall Ted Wheeler et al v. Hull Caballero et al*, No. 3:21-cv-01448-MO (D. Or.), currently pending before Judge Michael W. Mosman.  Both cases challenge the constitutionality of ORS 249.875, which imposes a 90-day signature gathering deadline for recall petitions in the state.  The complaints in both cases raise claims under Article

Page 1 -　　NOTICE OF RELATED CASE

II, section 18 of the Oregon Constitution and the First Amendment of the United States Constitution.

In *Recall Ted Wheeler*, plaintiffs' motion for a temporary restraining order has been denied and the parties have been ordered to submit a Joint Status Report to the court by Friday, October 29, 2021(ECF No. 12).

DATED October  25, 2021.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/ Shaunee Morgan*
        BRIAN S. MARSHALL #196129
        Senior Assistant Attorney General
        SHAUNEE MORGAN #194256
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        Brian.S.Marshall@doj.state.or.us
        Shaunee.Morgan@doj.state.or.us
        Of Attorneys for Intervenor State of Oregon