*Approved to collect signatures on 6/23/2020* ℞

# Electronic Signature Sheet | Local Recall

Petition ID **2020-01**

☐ SOME circulators   ■ NO circulators for this petition are being paid.

| Petition for Recall of | Title of Public Officer *Include office and district* | Date Prospective Petition Filed |
|---|---|---|
| Dan Holladay | Mayor - City of Oregon City | 06/22/2020 |

ⓘ The chief petitioner's reasons for demanding the recall of the above named public officer are provided below in 200 words or less. Any factual information in the statement that is not a matter of opinion must be true.

Citizens of Oregon City are uniting to demand ethical and accountable leadership from the mayor's office.

All four Oregon City Commissioners want to see Dan Holladay resign, but they do not have the power to remove him--only we, the people, do.

- Holladay is the subject of a misconduct investigation ordered by the four Oregon City Commissioners.
- Taxpayers are footing the bill for multiple lawsuits related to Holladay's corrupt business deals and behavior.
- Holladay was officially censured on June 17, 2020 for "injuring the good name of Oregon City, disturbing its well-being, and hampering its worth."
- Holladay exhibits dishonest and irresponsible behavior, abusing the power of his office.
- Holladay uses his office to silence and denigrate the voices of elected colleagues and constituents who disagree with him.
- Holladay was the only mayor out of all 26 in the metro area to refuse to sign a statement condemning systemic racism and committing to address it at the local level.
- Holladay's actions damage our city's reputation, hindering local economic development.
- Our Commissioners agree: Holladay is impeding the work of the city.
- "Please resign." - Commissioner Rocky Smith

www.RecallDanHolladay.com

**Chief Petitioner**

Jeana Gonzales, 19457 Prospector Terrace, Oregon City OR 97045

**Warning!** It is against the law for you to sign another person's name under any circumstances, sign a petition more than one time or sign a petition when you are not qualified to sign it.

**Instructions** Only sign this petition if you are an active Oregon voter, registered to vote in the county, city or district where this petition is being circulated and you personally printed this sheet or requested someone else print it for you.
1. You must sign both the request for the recall to be placed on the ballot and the certification.
2. Sign your name, as you did when you registered to vote.
3. Fill in the date, print your name and residence address. Only you may complete this optional information.

**Request** I request this petition be placed on the ballot for approval or rejection by the voters.

| Signature | Date Signed mm/dd/yy |
|---|---|

**Certification** I certify that I personally printed a copy of this sheet or requested a separate person print a copy so that I may sign it.

| Signature | Date Signed mm/dd/yy |
|---|---|

| Print Name | Residence Address street, city, zip code | Sheet Number *Completed by Chief Petitioner* |
|---|---|---|

SEL 349 rev 03/20 ORS 250.015   County Elections Officials provide a separate certification to attach to the petition.

Exhibit 3