

**Office of the City Recorder**

625 Center Street | Oregon City OR 97045
Ph (503) 657-0891 | Fax (503) 657-7026

August 20, 2020

Willamette Law Group
Jesse A. Buss
411 Fifth Street
Oregon City, OR 97045
*jesse@WLGpnw.com*

      RE:  Petition 2020-01 (Recall of Mayor Dan Holladay) 90-day Limit of Recall Signature Gathering

Dear Mr. Buss:

I have received your letter dated August 14, 2020, regarding the signature gathering requirements. As you know, your letter raises a variety of complex issues; however, I do not believe that I have the authority to unilaterally waive the applicable 90-day time limit for gathering of signatures as set forth in state law. Therefore, the deadline to submit the required 2,400 valid signatures for the petition is 5:00 p.m. on Monday, September 21, 2020, which is 90 days from the date the prospective petition was originally filed.

Sincerely,

*Kattie Riggs*

Kattie Riggs
City Recorder
City Elections Official

Cc via email:    Bill Kabeiseman, City Attorney
                  Tony Konkol, City Manager
                  Jeana Gonzales, Chief Petitioner
                  Adam Marl, Authorized Agent