

411 Fifth St. - Oregon City, OR 97045

**CORRUPTION HAS OCCUPIED THE OREGON CITY MAYOR'S OFFICE FOR FAR TOO LONG.**

**JOIN OUR PREVIOUS THREE MAYORS IN SUPPORTING THE EFFORT TO RECALL DAN HOLLADAY.**

```
Time-Critical Election
Materials Enclosed

Please open immediately and
respond in the next 5 days.
```



Dear Neighbor,

Let's restore Oregon City's reputation by recalling Dan Holladay.

It's clear that ethical and accountable leadership is necessary to guide us through the pandemic, its economic repercussions, and the national reckoning over race relations. Our mayor, Dan Holladay, refuses to provide that leadership. Instead, he wanted to unilaterally re-open the city back in April amid the throes of the pandemic, he was the *only* Metro area mayor who did not sign a two-paragraph letter condemning the murder of George Floyd and committing to address racial injustice at the local level, he is inappropriate and demeaning toward constituents, he rants on social media, and he has a history of domestic abuse. Holladay has proven himself unfit to be the mayor of our city.

Holladay's unethical decisions have cost the taxpayers thousands of dollars in legal fees. He once worked with the city audio/visual technician to deprive the citizens of their right to view the city commission meeting livestream. He frequently leaves in the middle of city commission meetings, thus refusing to do the job that we elected him to do. And if that was not enough, Holladay is known for his backroom dealings and is even alleged to have asked for campaign contributions in return for political favors. These are not our values and that is why OC's last three mayors are supporting the recall campaign.

The mayor's colleagues on the city commission have taken every action against him that our city charter grants by voting unanimously to order an independent investigation into Holladay's actions, censuring him (twice!), and expressing "no confidence" in his leadership. But the city charter does not allow our commissioners to remove Holladay from office; only we, the citizens of Oregon City, have the ability to send the mayor packing.

Our deadline to collect enough signatures to trigger a recall election is just a few short weeks away and we are getting so close to our goal. **Will you help us qualify for the ballot by signing the enclosed petition today?** Once you and the other voters in your household have signed the signature sheet, please return it immediately using the enclosed prepaid mailing envelope. To ensure your signatures are counted, please follow the instructions very carefully!

I hope that we can count on your support to restore ethics and accountability to the mayor's office. The city we love is worth the fight.

Sincerely,

*[signature]*

Adam Marl, Campaign Manager

P.S. Please consider donating to our people-powered cause at RecallDanHolladay.com. This is a grassroots effort, so your financial support is critical to the success of this campaign!

Committee to Recall Dan Holladay - 411 Fifth St. - Oregon City, OR 97045
RecallDanHolladay.com – info@recalldanholladay.com – (503) 836-7184
Facebook: @OCrecalldanholladay - Instagram: @recalldanholladay



Dear Neighbor,

The values that we hold dear are under attack in Oregon City. Our Founders believed that the cornerstone of any republic is the trust between the citizens and their elected officials. Unfortunately, our mayor seems to have forgotten the founding ideals of good and honest government, which has rendered him unfit to be the leader of our city. Please join me in calling for ethical and accountable leadership by signing the enclosed petition to recall Dan Holladay.

As a Republican, I can tell you that Holladay has demonstrated troubling behaviors that should concern citizens of all ideologies. His conduct is hurting local economic development by driving businesses away and his unethical decisions have cost the taxpayers tens of thousands of dollars in legal fees that could have gone toward public safety and other city services. He once worked with the city audio/visual technician to deprive the citizens of their right to view the city commission meeting livestream. Holladay frequently leaves in the middle of city commission meetings, thus refusing to do the job that we elected him to do. And if that was not enough, Holladay is known for his backroom dealings and is even alleged to have asked for campaign contributions in return for political favors. These are not our values and that is why OC's last three mayors are supporting the recall campaign.

His colleagues on the city commission, Republican and Democrat alike, have recently taken every action against him that our city charter grants by voting unanimously to order an investigation into his actions, censuring him (twice!), and expressing "no confidence" in his leadership. The city charter does not allow them to remove him from office; only we, the citizens of Oregon City, can send the mayor packing.

Our deadline to collect enough signatures to trigger a recall election is just a few short weeks away and we are getting so close to our goal. **Will you help us qualify for the ballot by signing the enclosed petition today?** Once you and the other voters in your household have signed the signature sheet, please return it immediately using the enclosed prepaid mailing envelope. To ensure your signatures are counted, please follow the instructions very carefully!

I hope that we can count on your support to restore ethics and accountability to the mayor's office. The city we love is worth the fight.

Sincerely,

Adam Marl
Campaign Manager

P.S. Please consider donating to our people-powered cause at RecallDanHolladay.com. This is a grassroots effort, so your financial support is critical to the success of this campaign!

Committee to Recall Dan Holladay - 411 Fifth St. - Oregon City, OR 97045
RecallDanHolladay.com – info@recalldanholladay.com – (503) 836-7184
Facebook: @OCrecalldanholladay - Instagram: @recalldanholladay



Dear Neighbor,

You are receiving this letter because you have *already* signed the petition to recall Dan Holladay. Thank you for your support! But the recall campaign needs your help. We are so close to collecting enough signatures to qualify for the ballot, but we only have a few weeks left before our deadline. **Will you help us trigger the recall election by collecting just a few more signatures?**

Out of respect for public health, we are not going door to door for signatures. Rather, we are asking you to reach out and collect the signatures of your friends, family, and neighbors who have not yet signed the petition and are registered Oregon City voters living within city limits. The pandemic has made the signature collection process difficult, but with your help, there is no doubt that we will be able to qualify for the ballot and recall the mayor.

Enclosed, you will find a recall signature sheet, instructions, and a prepaid return envelope. The signature sheet has space for 10 signatures, but you do *not* need to gather 10 signatures before returning the sheet; any number of signatures you can gather is helpful. Because of our upcoming deadline, we ask that you return the signature sheet within the next seven days. To ensure your signatures are counted, please follow the enclosed instructions very carefully!

Here are some helpful facts you can use when explaining the recall to your friends, family, and neighbors:

*Dan Holladay is destroying Oregon City's reputation and interfering with the city commission's ability to function. Our commissioners have said as much, and have recently taken every action against Holladay that our city charter grants:*

- *They voted 4-0 to order an independent investigation into his actions;*
- *They voted 4-0 to censure him (twice!); and*
- *They voted 4-0 to express "no confidence" in his leadership.*

Unfortunately, our city charter does not allow the city commission to remove Holladay from office; only we, the citizens of Oregon City, can send the mayor packing, and that takes a recall election. For more information on the recall, please encourage your friends, family, and neighbors to visit RecallDanHolladay.com. The city we love is worth the fight.

With gratitude,

*[signature]*

Adam Marl, Campaign Manager

P.S. Please consider donating to our people-powered cause at RecallDanHolladay.com. This is a grassroots effort, so your financial support is critical to the success of this campaign!

Committee to Recall Dan Holladay - 411 Fifth St. - Oregon City, OR 97045
RecallDanHolladay.com – info@recalldanholladay.com – (503) 836-7184
Facebook: @OCrecalldanholladay - Instagram: @recalldanholladay



# INSTRUCTIONS
## FOR RECALL PETITION

**IMPORTANT:** NOT FOLLOWING THESE INSTRUCTIONS WILL INVALIDATE YOUR PETITION

## SAMPLE PETITION



**SIGN YOUR NAME**

Sign, Print and Address exactly as you are registered to vote.

**SIGN NAME AGAIN**

Complete entire section.
Necessary even if you are only signer.
Complete only AFTER circulating.

**X** Only registered Oregon City voters can sign the petition.
   If you have already signed the petition, then do not sign again.
   It is not necessary to complete all 10 signature lines (yes, it can be returned with only *one* signer)
   After signing, send this petition back immediately.

*Do not photocopy this petition. Do not add signature lines. Use only the spaces provided.
You do not need to return anything but the petition sheet.*

**FOR MORE PETITIONS CONTACT:**
**INFO@RECALLDANHOLLADAY.COM**
**or 503.836.7184**

# WWW.RECALLDANHOLLADAY.COM

# Cover Sheet
## Local Recall Petition

SEL 353
rev 01/20
OAR 165-014-0005

**Name of Public Officer to be Recalled**
Dan Holladay

**Title of Public Officer** Include office and district.
Mayor - City of Oregon City

**Statement** Reasons for demanding recall in 200 words or less. Any factual information provided must be true.

Citizens of Oregon City are uniting to demand ethical and accountable leadership from the mayor's office.

All four Oregon City Commissioners want to see Dan Holladay resign, but they do not have the power to remove him--only we, the people, do.

- Holladay is the subject of a misconduct investigation ordered by the four Oregon City Commissioners.
- Taxpayers are footing the bill for multiple lawsuits related to Holladay's corrupt business deals and behavior.
- Holladay was officially censured on June 17, 2020 for "injuring the good name of Oregon City, disturbing its well-being, and hampering its worth."
- Holladay exhibits dishonest and irresponsible behavior, abusing the power of his office.
- Holladay uses his office to silence and denigrate the voices of elected colleagues and constituents who disagree with him.
- Holladay was the only mayor out of all 26 in the metro area to refuse to sign a statement condemning systemic racism and committing to address it at the local level.
- Holladay's actions damage our city's reputation, hindering local economic development.
- Our Commissioners agree: Holladay is impeding the work of the city.
- "Please resign." - Commissioner Rocky Smith

www.RecallDanHolladay.com

**Chief Petitioner** Name and address.

Jeana Gonzales, 19457 Prospector Terrace, Oregon City OR 97045

### Instructions for Circulators

1. Only active Oregon voters registered to vote in the electoral district where the petition is being circulated may sign this petition. Ask each signer if they are an active registered voter in Oregon and if they live in the district.
2. A single circulator must personally witness all signatures collected on any one signature sheet. After witnessing each signature on a sheet, use a pen to sign and date the circulator certification.
3. Initial any changes you make to the date you signed the certification. A complete list of allowable circulator certification corrections is provided in the Circulator Training Manual available at www.oregonvotes.gov.
4. It is against the law for circulators to:
   → Circulate a petition containing a false signature.
   → Make false statements to any person who signs the petition or requests information about it.
   → Attempt to obtain the signature of a person who is not qualified to sign the petition.
   → Offer money or anything of value to another person to sign or not sign the petition.
   → Sell or offer to sell signature sheets.
   → Write, alter, correct, clarify or obscure any information about the signers unless the signer is disabled and requests assistance or the signer initials after the changes are made.
   → Accept compensation to circulate a petition that is based on the number of signatures obtained.

⚠ **Warning** Violations of the circulator requirements may result in conviction of a felony with a fine of up to $125,000 and/or prison for up to 5 years.

### Instructions for Signers

1. Only active Oregon voters registered to vote in the electoral district where the petition is being circulated may sign this petition. Use a pen to sign your name, as you did when you registered to vote.
2. Provide the date you signed the petition, your printed name and residence address. Only you may complete this optional information.
3. Initial any changes the circulator makes to your printed name, residence address or date you signed the petition.
4. It is against the law for signers to:
   → Sign another person's name under any circumstances.
   → Sign a petition more than one time.
   → Sign a petition when you are not qualified to sign it.

*[Stamp: RECEIVED JUN 2 2 2020 @ 3:30PM KR CITY RECORDER CITY OF OREGON CITY, OR]*

*approved 6/23/2020 (KR)*

Approval 6/29/2020 to Collect Sig.

Petition ID 2020-01

County **Clackamas**

# Signature Sheet | Local Recall

Signatures for this petition are being gathered by ☐ **PAID** Circulators ☒ **VOLUNTEER** Circulators

⚠ **It is against the law to sign a petition more than one time.**

**Chief Petitioner Information** The chief petitioner's reasons for demanding the recall are available for review on the reverse side of this sheet.

| Name | Address |
|---|---|
| Jeana Gonzales | 19457 Prospector Terrace, Oregon City OR 97045 |

**Petition for Recall of:**

| Public Officer Name | Title office and district | Date Prospective Petition Filed mm/dd/yy |
|---|---|---|
| Dan Holladay | Mayor - City of Oregon City | 06/22/2020 |

ℹ This is a recall petition. Signers of this page must be active registered voters in the district listed above. Initial any changes the circulator makes to your printed name, residence address or date you signed the petition.

| | Signature | Date Signed mm/dd/yy | Print Name | Residence or Mailing Address street, city, zip code |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## Circulator Certification

This certification **must** be completed by the circulator and additional signatures **should not** be collected on this sheet once the certification has been signed and dated!

I hereby certify that I witnessed the signing of the signature sheet by each individual whose signature appears on the signature sheet, and I believe each person is a voter qualified to sign the petition (ORS 249.061).

Circulator Signature _____  Date Signed mm/dd/yy _____

Printed Name of Circulator _____  Circulator's Address street, city, zip code _____

SEL 351 rev 07/14 ORS 249.869    County Elections Officials provide a separate certification to attach to the petition.

Sheet Number _____
Completed by chief petitioner

PETITION RESPONSE ENVELOPE

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 125000    OREGON CITY, OR

POSTAGE WILL BE PAID BY ADDRESSEE

COMMITTEE TO RECALL DAN HOLLADAY
411 FIFTH STREET
OREGON CITY OR 97045-9806

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

