

**GATEWAY COMMUNICATIONS, INC.**
16805 NE Mason Court | Portland, OR 97230
503-257-0100 | www.gatewayci.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/24/2020 | 21447 |

**Bill To**

Recall Dan Holladay Campaign

| Terms | Due Date |
|---|---|
| Due on receipt | 8/24/2020 |

| Description | Qty | Amount |
|---|---|---|
| RECALL PETITION MAILING | | |
| - SETUP - List provision, prep, cass certification, and computer setup | | 180.00 |
| - PRINTING - Print #10 Reg, 2/0 on 24# ww | 11,210 | |
| - PRINTING - Print Letter: 8.5 X 11, 4/4 on #60 Offset (3 versions) | 11,210 | |
| - PRINTING - Petition: 8.5x11, 1/1 on 60# offset | 11,210 | |
| - PRINTING - Instructions: 8.5x11, 4/0 on 60# Offset | 11,210 | |
| - PRINTING - Print #9 Reg BRE., 1/0 on 24# ww | 11,210 | |
| - FOLDING - Roll Fold Letter to 8.5x3.5 | 11,210 | |
| - FOLDING - Roll Fold Petition to 8.5x3.5 | 11,210 | |
| - FOLDING - Roll Fold Instructions to 8.53.5 | 11,210 | |
| - INKJET - Inkjet #10 Carrier | 11,210 | |
| - INSERTING - Insert Letter, Instructions, Petition, and RE into #10 Reg Envelope (no Match) | 11,210 | |
| - DELIVERY - To local post office | | |
| - TOTAL - | 11,210 | 5,198.77 |
| - POSTAGE - Standard Postage | | 2,621.23 |

| | |
|---|---|
| **Total** | $8,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,000.00 |