**Kevin S. Mapes,** OSB No. 020079
kmapes@batemanseidel.com
BATEMAN SEIDEL MINER BLOMGREN
CHELLIS & GRAM, P.C.
1000 SW Broadway, Suite 1910
Portland, Oregon 97205
Tel: 503-972-9920
Fax; 503-972-9921
*Of Attorneys for Defendant Jakob Wiley*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARI,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAKOB WILEY, City Recorder for the City of Oregon City, in his official capacity,<br><br>　　　　　　　　Defendant. | Civil No.: 3:20-CV-01631-YY<br><br>**DEFENDANT'S FRCP 25(D) NOTICE OF SUBSTITUTION OF PARTY** |

Defendant provides notice that Kattie Riggs, named as a party solely in her official capacity, no longer holds the office of City Recorder for Oregon City. Pursuant to FRCP 25(d),

Page 1 -  **DEFENDANT'S FRCP 25(D) NOTICE OF SUBSTITUTION OF PARTY**

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Ste 1910
Portland, Oregon 97205
Telephone: (503) 972-9920 / Facsimile: (503) 972-9921

her successor, Jakob Wiley, is automatically substituted as a party solely in his official capacity.

DATED:  January 26, 2022

                                          Respectfully submitted,

                                          BATEMAN SEIDEL MINER BLOMGREN
                                          CHELLIS & GRAM, P.C.

                                          By: s/ Kevin S. Mapes
                                                Kevin S. Mapes, OSB # 020079
                                                *Of Attorneys for Defendant Jakob Wiley*

Page 2 -  **DEFENDANT'S FRCP 25(D) NOTICE OF SUBSTITUTION OF PARTY**

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Ste 1910
Portland, Oregon 97205
Telephone: (503) 972-9920 / Facsimile: (503) 972-9921

## CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2022, I served **DEFENDANT'S FRCP 25(D) NOTICE OF SUBSTITUTION OF PARTY** on the following parties by using the court's CM/ECF EFile and Notice of Filing System:

| | |
|---|---|
| Brian Simmonds Marshall, OSB # 196129<br>Senior Assistant Attorney General<br>Shaunee Morgan, OSB # 194256<br>Assistant Attorney General<br>Trial Attorneys<br>Oregon Department of Justice<br>Trial Division, Special Litigation Unit<br>100 SW Market Street<br>Portland OR 97201<br>Brian.S.Marshall@doj.state.or.us<br>Shaunee.Morgan@doj.state.or.us<br>*Of Attorneys for Proposed Intervenor State of Oregon* | Jesse A. Buss, OSB # 122919<br>Willamette Law Group<br>411 Fifth Street<br>Oregon City OR 97045-2224<br>jesse@WLGpnw.com<br>*Attorney for Plaintiffs* |

DATED: January 26, 2022

By: s/ Kevin S. Mapes
Kevin S. Mapes, OSB # 020079
*Of Attorneys for Defendant Jakob Wiley*

Page 3 – CERTIFICATE OF SERVICE

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Ste 1910
Portland, Oregon 97205
Telephone: (503) 972-9920 / Facsimile: (503) 972-9921