Jesse A. Buss, OSB # 122919
WILLAMETTE LAW GROUP
411 5th St.
Oregon City OR 97045
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com
    Of Attorneys for Plaintiffs Committee to
    Recall Dan Holladay, Jeana Gonzales,
    and Adam Marl

Kevin S. Mapes, OSB # 020079
BATEMAN SEIDEL MINER BLOMGREN
CHELLIS & GRAM, P.C.
1000 SW Broadway, Suite 1910
Portland, OR 97205
(503) 927-9917 (Direct Phone)
(504) 972-9921 (Fax)
kmapes@batemanseidel.com
    Of Attorneys for Defendant
    Jakob Wiley

ELLEN F. ROSENBLUM
Attorney General
BRIAN S MARSHALL  #196129
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Brian.S.Marshall@doj.state.or.us
    Shaunee.Morgan@doj.state.or.us
    Attorneys for Intervenor State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARL,<br><br>    Plaintiffs,<br><br>      v.<br><br>JAKOB WILEY, City Recorder for Oregon City, in his official capacity,<br><br>    Defendant,<br><br>  and<br><br>STATE OF OREGON,<br><br>    Intervenor. | Case No.  3:20-CV-01631-YY<br><br>PARTIES' JOINT MOTION FOR A CASE MANAGEMENT ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT |

Page 1 -    PARTIES' JOINT MOTION FOR A CASE MANAGEMENT ORDER REGARDING
        PLAINTIFFS' SECOND AMENDED COMPLAINT
    BM2/db5/ 396844869

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Following the Court's email dated March 22, 2022, regarding Defendant's and Intervenor's Motions to Dismiss (ECF No. 23 and ECF No. 21, respectively) and requested supplemental briefing (ECF Nos. 36, 38, 39), the parties conferred through their attorneys of record via telephone on March 31, 2022, and now hereby move the Court to issue a case management order to provide that:

1. Plaintiffs will file their Second Amended Complaint, currently designated at ECF No. 36-1, in cleaned-up format (i.e. removing Track Changes notations).

2. In response to the Second Amended Complaint:

    a. Defendant will be deemed to have moved to dismiss the Second Amended Complaint on the grounds argued in ECF Nos. 23, 29, as supplemented by ECF No. 39.

    b. Intervenor will be deemed to have moved to dismiss the Second Amended Complaint on the grounds argued in ECF Nos. 21, 27, as supplemented by ECF No. 38.

    c. Plaintiffs respond to Defendant's and Intervenor's above-described motions to dismiss on the grounds argued in ECF No. 26, as supplemented by ECF No. 36 and its attachments/exhibits.

3. Plaintiffs will move, on or before April 26, 2022, for an order under LR 83-14 certifying one or more questions of state law to the Oregon Supreme Court regarding only Claim 1, Count One (facial challenge to ORS 249.875(1) under Article II, Section 18 of the Oregon Constitution). Defendant and Intervenor will file response briefs in opposition to said motion on or before May 17, 2022. Plaintiffs shall file any reply brief(s) on or before May 31, 2022. Plaintiffs request that this Court issue its Findings and Recommendations

\\
\\
\\

Page 2 -    PARTIES' JOINT MOTION FOR A CASE MANAGEMENT ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT
BM2/db5/ 396844869
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

regarding the motions to dismiss and motion to certify at the same time. Defendant and Intervenor take no position on the timing of the Court's resolution of these motions.

DATED April 1, 2022.

Respectfully submitted,

| | |
|---|---|
| *s/ Jesse A. Buss* | *s/ Kevin S. Mapes* |
| Jesse A. Buss, OSB # 122919 | Kevin S. Mapes, OSB # 020079 |
| WILLAMETTE LAW GROUP | BATEMAN SEIDEL MINER BLOMGREN |
| 411 5th St. | CHELLIS & GRAM, P.C. |
| Oregon City OR 97045 | 1000 SW Broadway, Suite 1910 |
| Tel: 503-656-4884 | Portland, OR 97205 |
| Fax: 503-608-4100 | (503) 927-9917 (Direct Phone) |
| Email: jesse@WLGpnw.com | (504) 972-9921 (Fax) |
|     Of Attorneys for Plaintiffs Committee to Recall Dan Holladay, Jeana Gonzales, and Adam Marl | kmapes@batemanseidel.com |
| |     Of Attorneys for Defendant Jakob Wiley |

ELLEN F. ROSENBLUM
Attorney General

*s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL #196129
SHAUNEE MORGAN #194256
Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.state.or.us
Shaunee.Morgan@doj.state.or.us
    Of Attorneys for Intervenor State of Oregon

Page 3 -    PARTIES' JOINT MOTION FOR A CASE MANAGEMENT ORDER REGARDING
    PLAINTIFFS' SECOND AMENDED COMPLAINT
BM2/db5/ 396844869

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000