**Kevin S. Mapes,** OSB No. 020079
kmapes@batemanseidel.com
BATEMAN SEIDEL MINER BLOMGREN
CHELLIS & GRAM, P.C.
1000 SW Broadway, Suite 1910
Portland, Oregon 97205
Tel: 503-972-9920
Fax; 503-972-9921
*Of Attorneys for Defendant Jakob Wiley*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARI,<br><br>Plaintiffs,<br><br>v.<br><br>JAKOB WILEY, City Recorder for the City of Oregon City, in his official capacity,<br><br>Defendant;<br><br>and<br><br>STATE OF OREGON,<br><br>Intervenor. | Civil No.: 3:20-CV-01631-YY<br><br>**DEFENDANT'S JOINDER IN INTERVENOR STATE OF OREGON'S SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS** |

Defendant Jacob Wiley, City Recorder for Oregon City in his official Capacity ("the

City") joins in and incorporates by reference the State of Oregon's Supplemental Brief in

Page 1 -   DEFENDANT'S JOINDER IN INTERVENOR STATE OF OREGON'S SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Support of its Motion to Dismiss. *Pullman* abstention is appropriate because this is, at its heart, an election law case, and not a free speech case. There is, accordingly, no risk of chilling the free flow of information, and the state law claims at issue should be decided by state courts. The motions to dismiss should be granted, and Plaintiffs' motion to certify questions to the Oregon Supreme Court should be denied.

DATED:  July 25, 2022

        Respectfully submitted,

        BATEMAN SEIDEL MINER BLOMGREN
        CHELLIS & GRAM, P.C.

        By: s/ Kevin S. Mapes
            Kevin S. Mapes, OSB # 020079
            *Of Attorneys for Defendant Jakob Wiley*

Page 2 -   DEFENDANT'S JOINDER IN INTERVENOR STATE OF OREGON'S SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Ste 1910
Portland, Oregon 97205
Telephone: (503) 972-9920
Facsimile: (503) 972-9921

# CERTIFICATE OF SERVICE

I hereby certify that, on July 25, 2022, I served **DEFENDANT'S JOINDER IN INTERVENOR STATE OF OREGON'S SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS** on the following parties by using the court's CM/ECF EFile and Notice of Filing System:

Brian Simmonds Marshall, OSB # 196129
Senior Assistant Attorney General
Shaunee Morgan, OSB # 194256
Assistant Attorney General
Trial Attorneys
Oregon Department of Justice
Trial Division, Special Litigation Unit
100 SW Market Street
Portland OR 97201
Brian.S.Marshall@doj.state.or.us
Shaunee.Morgan@doj.state.or.us

*Of Attorneys for Intervenor State of Oregon*

Jesse A. Buss, OSB # 122919
Willamette Law Group
411 Fifth Street
Oregon City OR 97045-2224
jesse@WLGpnw.com

*Attorney for Plaintiffs*

DATED: July 25, 2022

BATEMAN SEIDEL MINER BLOMGREN
CHELLIS & GRAM, P.C.

By: s/ Kevin S. Mapes
    Kevin S. Mapes, OSB # 020079
    *Of Attorneys for Defendant Jakob Wiley*

Page 3 – CERTIFICATE OF SERVICE

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
1000 SW Broadway, Ste 1910
Portland, Oregon 97205
Telephone: (503) 972-9920 / Facsimile: (503) 972-9921