IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COMMITTEE TO RECALL DAN HOLLADAY et al.,** | No. 3:20-cv-01631-YY |
| Plaintiffs, | JUDGMENT |
| v. | |
| **JAKOB WILEY,** | |
| Defendant, | |
| and | |
| **STATE OF OREGON,** | |
| Intervenor. | |

**MOSMAN, J.,**

Based on the Opinion and Order of the Court [ECF 59] adopting the Magistrate Judge's Findings and Recommendation [ECF 52] and granting the State of Oregon's and Defendant's respective Motions to Dismiss [ECF 21, 23] and denying Plaintiffs' Motion for Certification of a Question to the Oregon Supreme Court [ECF 43], IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

DATED this 10th day of January, 2023.

MICHAEL W. MOSMAN
Senior United States District Judge

1 – JUDGMENT