| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 31 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>JAKOB WILEY, City Recorder for the City of Oregon City, in his official capacity,<br><br>        Defendant - Appellee,<br><br>STATE OF OREGON,<br><br>        Intervenor-Defendant - Appellee. | No. 23-35107<br><br>D.C. No. 3:20-cv-01631-YY<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered April 29, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:

                                      MOLLY C. DWYER<br>
                                      CLERK OF COURT