DAN RAYFIELD
Attorney General
BRIAN S MARSHALL #196129
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us
        Shaunee.Morgan@doj.state.or.us

Attorneys for Intervenor State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARL,<br><br>      Plaintiffs,<br><br>    v.<br><br>JAKOB WILEY, City Recorder for Oregon City, in his official capacity,<br><br>      Defendant,<br><br>  and<br><br>STATE OF OREGON<br><br>      Intervenor. | Case No.  3:20-CV-01631-YY<br><br>JOINT STATUS REPORT |

Page 1 -   JOINT STATUS REPORT
           BM2/db5

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

The State filed a petition for a writ of certiorari in the United States Supreme Court on March 21, 2025. Docket No. 24- 1026. All parties continue to agree that the litigation should not proceed in this Court until the Supreme Court's consideration of that petition has concluded.

Under this Court's order (ECF 68), the parties' next status report is due 90 days from the date of this status report (June 24, 2025). If the Supreme Court acts on the State's petition before that time, the parties will promptly notify the Court.

Dated March 26, 2025.

Respectfully submitted,

s/ Jesse A. Buss
JESSE A. BUSS #122919
Willamette Law Group
411 Fifth St.
Oregon City, OR 97045-2224
Tel (503) 656-4884
Fax (503) 608-4100
jesse@WLGpnw.com
*Of Attorneys for Plaintiffs,*
*Committee to Recall Dan Holladay,*
*Jeana Gonzales, and Adam Marl*

s/Kevin S. Mapes
KEVIN S. MAPES #020079
Buchalter
805 SW Broadway Suite 1500
Portland, OR 97205
Tel (503) 226-8492
kmapes@buchalter.com
*Of Attorneys for Defendant,*
*Jakob Wiley, City Recorder for Oregon City*

 s/Brian Simmonds Marshall
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.state.or.us
Shaunee.Morgan@doj.state.or.us
*Of Attorneys for Intervenor, State of Oregon*

Page 2 -   JOINT STATUS REPORT
         BM2/db5

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000