# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 25, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re: Oregon
        v. Committee to Recall Dan Holladay, et al.
        No. 24-1026
        (Your No. 23-35107)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 21, 2025 and placed on the docket March 25, 2025 as No. 24-1026.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst