JESSE A. BUSS, OSB No. 122919
WILLAMETTE LAW GROUP, PC
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Attorney for Plaintiffs
COMMITTEE TO RECALL DAN HOLLADAY,
JEANA GONZALES, and ADAM MARL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES,** and **ADAM MARL,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**JAKOB WILEY**, City Recorder for Oregon City, in her official capacity,<br><br>    Defendant,<br><br>**STATE OF OREGON**,<br><br>    Intervenor-Defendant. | Case No.  3:20-cv-01631-YY<br><br>**JOINT STATUS REPORT** |

The parties have conferred and now provide this Joint Status Report. The parties propose that Plaintiffs will provide a draft amended complaint to Defendants for review on or before August 29, 2025. If Defendants agree that the proposed amended complaint states a federal claim for relief, then Plaintiffs will file the amended complaint with the Court and it shall

Page 1:     JOINT STATUS REPORT

be the operative complaint. If Defendants do not agree that the proposed amended complaint states a federal claim for relief, then Plaintiffs will file a motion for leave to amend the complaint on or before September 26, 2025.

Respectfully submitted this 1st day of August 2025.

<div style="margin-left: 40%;">

*/s/ Jesse A. Buss*
Jesse A. Buss, OSB # 122919
Willamette Law Group, PC
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com
*Attorney for Plaintiffs Committee to Recall Dan Holladay, Jeana Gonzales, and Adam Marl*

*/s/ Kevin S. Mapes*
KEVIN S. MAPES #020079
Buchalter
805 SW Broadway Suite 1500
Portland, OR 97205
Tel (503) 226-8492
kmapes@buchalter.com
*Of Attorneys for Defendant Jakob Wiley, City Recorder for Oregon City*

*/s/ Thomas H. Castelli*
Thomas H. Castelli, OSB # 226448
Senior Assistant Attorney General
Trial Attorney
Oregon Department of Justice
Trial Division, Special Litigation Unit
100 SW Market Street
Portland OR 97201
Tel: 971-673-1880
Fax: 971-673-5000
Email: Thomas.Castelli@doj.oregon.gov
*Of Attorneys for Intervenor-Defendant State of Oregon*

</div>

Page 2:   JOINT STATUS REPORT