DAN RAYFIELD
Attorney General
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Thomas.Castelli@doj.oregon.gov
       Shaunee.Morgan@doj.oregon.gov

Attorneys for Intervenor State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JAKOB WILEY, City Recorder for Oregon City, in his official capacity,<br><br>　　　　Defendant,<br><br>　and<br><br>STATE OF OREGON<br><br>　　　　Intervenor. | Case No. 3:20-CV-01631-YY<br><br>UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT |

Page 1 -   UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT
　　　　　TC3/nk1/ 1001258329

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Defendant State of Oregon conferred with counsel for Plaintiff and Co-Defendant regarding this motion. Plaintiffs do not oppose the motion to extend the time to file a response to Plaintiffs' Third Amended Complaint from October 10, 2023 to October 24, 2025.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b)and Local Rule 16-3, Defendants move the Court to extend the time to respond to Plaintiffs' Third Amended Complaint to September 26, 2025. Under Fed. R. Civ. P. 15(a)(3), a response to the Third Amended Complaint would be due 14 days from service, or October 10, 2024.

Defendants' counsel requires additional time to review the issues raised by Plaintiffs' Third Amended Complaint, which raises complex constitutional claims under the First Amendment and the Oregon Constitution. In addition, Counsel for the State Defendant's has experienced unexpected, emergent filing deadlines in other cases since Plaintiff filed their Third Amended Complaint. Defendants request a two-week extension to file their response to the complaint. As indicated above, the parties have conferred, and Plaintiffs do not oppose this motion.

Defendants do not seek an extension of other deadlines at this time and grant of this extension will not affect any deadline currently set by the Court. No previous requests for extensions of time have been requested or granted related to the Third Amended Complaint.

Page 2 -   UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT
TC3/nk1/ 1001258329

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

For the foregoing reasons, Defendants ask that the Court grant the Unopposed Motion for Extension of Time and set the deadline to respond to the Third Amended Complaint for all Defendants to October 24, 2025.

DATED October 09, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Thomas H. Castelli*
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
Shaunee.Morgan@doj.oregon.gov
Of Attorneys for Intervenor State of Oregon

Page 3 -   UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED
COMPLAINT
TC3/nk1/ 1001258329

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on October  09 , 2025, I served the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT** upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Jesse A. Buss | ___ HAND DELIVERY |
| Willamette Law Group | ___ MAIL DELIVERY |
| 411 Fifth Street | ___ OVERNIGHT MAIL |
| Oregon City, OR 97045 | ___ TELECOPY (FAX) |
| *Of Attorney for Plaintiffs* | _X_ E-MAIL: jesse@wlgpnw.com |
| | _X_ E-SERVE |
| | |
| Kevin S. Mapes | ___ HAND DELIVERY |
| Buchalter | ___ MAIL DELIVERY |
| 805 SW Broadway, Ste. 1500 | ___ OVERNIGHT MAIL |
| Portland, OR 97205 | ___ TELECOPY (FAX) |
| *Of Attorney for Defendant* | _X_ E-MAIL: kmapes@buchalter.com |
| | _X_ E-SERVE |

*s/ Thomas H. Castelli*
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
Shaunee.Morgan@doj.oregon.gov
Of Attorneys for Intervenor State of Oregon