**Kevin S. Mapes**, OSB: 020079
Email: kmapes@buchalter.com
BUCHALTER
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191
Fax: 503.226.0079

Attorneys for Defendant Jakob Wiley

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

OREGON

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARL, ,<br><br>                         Plaintiffs,<br><br>v.<br><br>JAKOB WILEY, a City Recorder for Oregon City, in his official capacity,<br><br>                         Defendant.<br><br>and<br><br>STATE OF OREGON<br><br>                         Invervenor. | Case No.: 3:20-cv-01631-YY<br><br>**DEFENDANT JAKOB WILEY'S JOINDER TO INTERVENOR THE STATE OF OREGON'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |

      Defendant Jakob Wiley, City Recorder for Oregon City, in his official capacity ("the City") joins in and incorporates by reference Intervenor the State of Oregon's Motion to Dismiss

**DEFENDANT JAKOB WILEY'S JOINDER TO INTERVENOR THE STATE OF OREGON'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** Page 1
BUCHALTER 106225305v1

BUCHALTER
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

Plaintiffs' Third Amended Complaint.

DATED: October 24, 2025

          BUCHALTER,
          A Professional CORPORATION

By _____
          Kevin S. Mapes, OSB: 020079
          Email: kmapes@buchalter.com
          Telephone: 503.226.1191

Attorneys for Defendant Jakob Wiley

**DEFENDANT JAKOB WILEY'S JOINDER TO INTERVENOR THE STATE OF OREGON'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT Page 2**
BUCHALTER 106225305v1

BUCHALTER
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191