**Kevin S. Mapes**, OSB: 020079
Email: kmapes@buchalter.com
BUCHALTER
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191
Fax: 503.226.0079

Attorneys for Defendant Jakob Wiley

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

OREGON

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARL, , <br><br> Plaintiffs, <br><br> v. <br><br> JAKOB WILEY, a City Recorder for Oregon City, in his official capacity, <br><br> Defendant. | Case No.: 3:20-cv-01631-YY <br><br> **DEFENDANT JAKOB WILEY'S JOINDER TO INTERVENOR STATE OF OREGON'S RESPONSE TO MOTION TO CERTIFY** |
| and <br><br> STATE OF OREGON <br><br> Intervenor. | |

Defendant Jakob Wiley, City Recorder for Oregon City, in his official capacity ("the

City") joins in and incorporates by reference the Intervenor the State of Oregon's Response to

**DEFENDANT JAKOB WILEY'S JOINDER TO INTERVENOR
STATE OF OREGON'S RESPONSE TO MOTION TO CERTIFY**
**Page 1**
BUCHALTER 106999227v1

Certify Question of State Law to Oregon Supreme Court.

DATED: March 20, 2026

BUCHALTER LLP

By _____

Kevin S. Mapes, OSB: 020079
Email:　kmapes@buchalter.com
Telephone: 503.226.1191

Attorneys for Defendant Jakob Wiley

**DEFENDANT JAKOB WILEY'S JOINDER TO INTERVENOR
STATE OF OREGON'S RESPONSE TO MOTION TO CERTIFY**
**Page 2**
BUCHALTER 106999227v1